# EXHIBIT 1

10686936.1

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,102,468
Registered Oct. 7, 1997

## TRADEMARK
## PRINCIPAL REGISTER



R. GRIGGS GROUP LIMITED (UNITED KINGDOM CORPORATION)
COBBS LANE, WOLLASTON, WELLINGBOROUGH
NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-1992, FIRST USED IN ANOTHER FORM IN 1978; IN COMMERCE 9-0-1992, FIRST USED IN COMMERCE IN ANOTHER FORM IN 1984.

THE PHANTOM LINING IS NOT A PART OF THE MARK, BUT MERELY INDICATES THE POSITION OF THE MARK.

THE MARK CONSISTS OF THE DESIGN OF AN UNDERSOLE.

SER. NO. 74-502,418, FILED 3-21-1994.

JEFFREY LOOK, EXAMINING ATTORNEY

10686936.1