# **EXHIBIT 2**

10686936.1

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**　　Reg. No. 2,437,750
Registered Mar. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER



R.GRIGGS GROUP LIMITED (UNITED KINGDOM CORPORATION)
COBBS LANE, WOLLASTON
WELLINGBOROUGH, NORTHANTS NN8 7SW, UNITED KINGDOM

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 4-1-1960; IN COMMERCE 0-0-1984.

THE DRAWING OF THE WELT STITCH IS LINED FOR THE COLOR YELLOW AND CLAIM IS MADE TO COLOR.

THE MARK CONSISTS OF A WELT STITCH LOCATED AROUND THE PERIMETER OF FOOTWEAR. THE PHANTOM LINING IS NOT A PART THE MARK, BUT MERELY INDICATES THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 74-494,463, FILED 2-25-1994.

CATHERINE KAISER KREBS, EXAMINING ATTORNEY

10686936.1