# EXHIBIT 5

10686936.1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,067,692**
**Registered Oct. 25, 2016**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Airwair International Ltd. (UNITED KINGDOM CORPORATION)
Cobb's Lane, Wollaston
Northamptonshire UNITED KINGDOM NN297SW

CLASS 25: Footwear

FIRST USE 00-00-1960; IN COMMERCE 00-00-1984

The mark consists of longitudinal ribbing and a dark color band over a light color on the outer sole edge, welt stitching, and a tab located at the top back heel of footwear. The phantom lining is not a part of the mark, but merely indicates the position of the mark.

OWNER OF U.S. REG. NO. 2437750, 2341976, 2104349

SEC.2(F)

SER. NO. 86-939,740, FILED 03-14-2016
EUGENIA K MARTIN, EXAMINING ATTORNEY



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

10686936.1