# EXHIBIT 6

```
                        Primark

                   5100 Kings Plaza
                       Brooklyn
                    ooklyn, NY 11234
                    www.primark.com
                 www.facebook.com/Primark
                 Telephone: (718)253-1701


                          SALE

    8168601 PRIMARK XL REUSA              2.00
    9977611 PS COTTON ROUNDS              0.75
    7665904 FLATFORM LACE UP             23.00
    4920522 FLAT LACE UP BOO             21.00
    0321218 CHUNKY CHELSEA               21.00
    9977611 PS COTTON ROUNDS              0.75
    9977611 PS COTTON ROUNDS              0.75

    Sales Tax 8.875%                      0.38
    Threshold Tax 8.875%                  0.00
    Total Sales Tax                       0.38

    Total                              $69.63
    AMERICAN EXPRESS                   $69.63
      Card No.         ***********9003 CHIP
      Expiry Date      XX/XX
      Merchant Number  0017340008032580758899
      Auth. No.        843620

    Application Label: AMERICAN EXPRESS
     TC: OE1D35EEEFC0FE0C
     TVR: 0000008000
     AID: A000000025010801
        Please Retain for Your Records


    Store: 0111    Till: 018    Tran: 056223
    Date: 09/04/19 Time: 20:58  Oper: 1180029

            Item(s) Sold: 7
            Item(s) Returned: 0

           Return & Exchange Policy
    -----------------------------------
    We are happy to give a refund or an
     exchange on any items purchased with
       original receipt until 10/02/2019,
      provided items are returned unwashed,
     unused and returned in the country of
                    purchase.
     For hygiene reasons no returns accepted
    on briefs/boxers, brief sets, all piercing
       jewelry, opened or un-sealed health &
                     beauty.

                 THANK  YOU
        Gift cards available in store

              111018056223090419
```