Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Ari M. Berman
tel: +1.212.858.1264
ari.berman@pillsburylaw.com

December 24, 2019

VIA ECF

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re: AirWair International Ltd. v. Primark US Corp. and Primark Ltd.
Case No.: 1:19-cv-06189-LDH-RML

Dear Magistrate Judge Levy:

We represent the Plaintiff AirWair International Ltd. ("Airwair") in the above-referenced action.  Pursuant to Local Rule 7.1(d) and to Rule 2(E) of Your Honor's individual practice rules, we submit this letter motion to respectfully request a two-week continuance of the Scheduling Conference, currently scheduled on February 6, 2020, to February 20, 2020.  The requested continuance will not affect any other currently scheduled deadlines in the case.  AirWair makes this request because its counsel is currently scheduled to be in trial before the International Trade Commission in Washington D.C. (Inv. No. 337-TA-1160) from February 3 to February 7.

This is the first request to continue the Scheduling Conference.  Counsel for Defendants has consented to this continuance of the Scheduling Conference.

Respectfully submitted,

/s/ Ari M. Berman
Ari M. Berman
Partner


cc: All Counsel of Record (via ECF)

www.pillsburylaw.com