UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,

    Plaintiffs,

v.

PRIMARK US CORPORATION, a Delaware corporation, PRIMARK LIMITED, a limited company in England and Wales,

    Defendants.

No. 1:19-cv-06189-LDH-RML

---

### NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York for an Order allowing the admission of movant, a partner with the firm of Winston & Strawn LLP and a member in good standing of the Bar of the State of California as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendants Primark Limited and Primark US Corp. There are no pending disciplinary proceedings against me in any State or Federal court.

Dated: January 29, 2020

                                                 Respectfully Submitted,

                                                 Jennifer A. Golinveaux
                                                 WINSTON & STRAWN LLP
                                                 101 California Street, 35th Floor
                                                 San Francisco, California 94111
                                                 Telephone: 415.591.1000
                                                 Facsimile: 415.591.1400
                                                 jgolinveaux@winston.com

## **CERTIFICATE OF SERVICE**

I, Jennifer A. Golinveaux, hereby certify that on February 11, 2020, a true and correct copy of the foregoing document, a motion to admit Jennifer A. Golinveaux *pro hac vice,* was electronically filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　 /s/*Jennifer A. Golinveaux*