UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,

        Plaintiffs,

v.

PRIMARK US CORPORATION, a Delaware corporation, PRIMARK LIMITED, a limited company in England and Wales,

        Defendants.

No. 1:19-cv-06189-LDH-RML

---

### AFFIDAVIT OF JENNIFER A. GOLINVEAUX IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Jennifer A. Golinveaux, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Winston & Strawn LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of California.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of any felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore the affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in this one case for Defendants Primark Limited and Primark US Corp.

Dated: January 29, 2020

Respectfully Submitted,

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, California 94111
Telephone: 415.591.1000
Facsimile: 415.591.1400
jgolinveaux@winston.com

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 29th day of January (month), 2020 (year), by Jennifer Ann Golinveaux, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

KELLEY A. GARCIA
Notary Public - California
San Francisco County
Commission # 2162622
My Comm. Expires Aug 14, 2020

Signature: _Kelley A. Garcia_
(Notary Public)

(Seal)

2



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JENNIFER ANN GOLINVEAUX*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JENNIFER ANN GOLINVEAUX #203056, was on the 1st day of December 1999, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 29th day of January 2020.*

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By:_____
*Florentino Jimenez, Assistant Deputy Clerk*