UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AIRWAIR INTERNATIONAL LTD., a company of the United Kingdom,

        Plaintiffs,

v.

PRIMARK US CORPORATION, a Delaware corporation, PRIMARK LIMITED, a limited company in England and Wales,

        Defendants.

No. 1:19-cv-06189-LDH-RML

---

## ADMISSION TO PRACTICE *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney Jennifer A. Golinveaux is permitted to argue or try this particular case in whole or in part as counsel for Defendants Primark Limited and Primark US Corp.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above listed case will be made on the roll of attorneys.

Dated:

                                                                                                                                          _____

cc:    *Pro hac vice* attorney
       Court file