North America  Europe  Asia

101 California Street
34th Floor
San Francisco, CA 94111
T +1 415 591 1000
F +1 415 591 1400

**JENNIFER A. GOLINVEAUX**
Partner
(415) 561-1506
JGolinveaux@winston.com

November 25, 2020

**VIA ECF**

The Honorable Robert M. Levy
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Airwair International Ltd, a company of the United Kingdom, v. Primark US Corporation, a Delaware corporation, Primark Limited, a limited company in England and Wales*, Case No. 19-cv-06189 LDH-RML

Dear Judge Levy:

On November 24, 2020, Your Honor held a telephonic conference with the parties' counsel to resolve outstanding issues related to entry of an appropriate Confidentiality Order and an extension of certain deadlines in this case. Your Honor issued an Order on November 24, 2020 indicating that the Motion for Confidentiality Order has been resolved as explained on the record at the hearing. Accordingly, Defendants' hereby submit attached as Exhibit A a proposed form of Confidentiality Order consistent with your Honor's ruling for approval by the Court. Exhibit B is a redline showing edits made to the proposed form of Confidentiality Order from Your Honor's standard form of Confidentiality Order.

WINSTON & STRAWN LLP

By: /s/ *Jennifer A. Golinveaux*
      Jennifer A. Golinveaux

Attorneys for Defendants
PRIMARK US CORPORATION
PRIMARK LIMITED