North America   Europe   Asia

101 California Street
34th Floor
San Francisco, CA 94111
T +1 415 591 1000
F +1 415 591 1400

**JENNIFER A. GOLINVEAUX**
Partner
(415) 591-1506
JGolinveaux@winston.com

March 12, 2021

**VIA ECF**

The Honorable Robert M. Levy
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Airwair International Ltd. v. Primark US Corporation, Primark Limited*, **Case No. 19-cv-06189 LDH-RML**

Dear Judge Levy:

      Defendants submit this letter to briefly respond to Plaintiff's motion (Dkt. No. 37) filed on March 3, 2021 requesting leave to amend the Complaint to add two allegedly infringing shoe models. While Defendants contest the merits of Plaintiff's late-filed amendments and believe they will prove futile, Defendants do not oppose Plaintiff's motion to amend its Complaint.

Dated:  March 12, 2021          WINSTON & STRAWN LLP

                                          By: /s/ *Jennifer A. Golinveaux*
                                               Jennifer A. Golinveaux

                                          Attorneys for Defendants
                                          PRIMARK US CORPORATION
                                          PRIMARK LIMITED