# EXHIBIT 6

```
                    Primark

                 5100 Kings Plaza
                    Brooklyn
                 ooklyn, NY 11234
                  www.primark.com
               www.facebook.com/Primark
               Telephone: (718)253-1701


                       SALE

   8168601 PRIMARK XL REUSA           2.00
   9977611 PS COTTON ROUNDS           0.75
   7665904 FLATFORM LACE UP          23.00
   4920522 FLAT LACE UP BOO          21.00
   0321218 CHUNKY CHELSEA            21.00
   9977611 PS COTTON ROUNDS           0.75
   9977611 PS COTTON ROUNDS           0.75

   Sales Tax 8.875%                   0.38
   Threshold Tax 8.875%               0.00
   Total Sales Tax                    0.38

   Total                            $69.63
   AMERICAN EXPRESS                 $69.63
     Card No.         ************9003 CHIP
     Expiry Date      XX/XX
     Merchant Number  001734000803258075889 9
     Auth. No.        843620

   Application Label: AMERICAN EXPRESS
     TC: 0E1D35EEEFC0FE0C
     TVR: 0000008000
     AID: A000000025010801
        Please Retain for Your Records


   Store: 0111    Till: 018   Tran: 056223
   Date: 09/04/19 Time: 20:58  Oper: 1180029

           Item(s) Sold: 7
           Item(s) Returned: 0

         Return & Exchange Policy
   -------------------------------------
    We are happy to give a refund or an
    exchange on any items purchased with
      original receipt until 10/02/2019,
     provided items are returned unwashed,
    unused and returned in the country of
                   purchase.
    For hygiene reasons no returns accepted
    on briefs/boxers, brief sets, all piercing
      jewelry, opened or un-sealed health &
                    beauty.

                 THANK YOU
        Gift cards available in store

          ||||||||||||||||||||||||||
               111018056223090419
```

```
                    Primark

                  Staten Island
              283 Platinum Avenue
              Staten Island, NY 10314
                  www.primark.com
              www.facebook.com/Primark
              Telephone: (718)494-4707
```

| | |
|---|---|
| Threshold | |
| Total Sales Tax | |
| Total | |
| Cash | $24.00 |
| Cash Change | $50.00 |
| | $26.00 |

Date: 11/20  Time: 15:5.

Item(s) Sold: 1
Item(s) Returned: 0

Return & Exchange Policy

We are happy to give a refund or an exchange on any items purchased with original receipt until 09/08/2020 provided items are returned unwashed, unused and returned in the country of purchase.

For hygiene reasons no returns accepted on briefs/boxers, brief sets, all piercing jewelry, opened or un-sealed health & beauty.

THANK YOU
Gift cards available in store



10901906668908112O



# Primark

Staten Island
283 Platinum Avenue
Staten Island, NY 10314
www.primark.com
www.facebook.com/Primark
Telephone: (718)494-4707

SALE

| | |
|---|---|
| 0415810 CHUNKY CHELSEA | 21.00 |
| 9300015 CHECKOUT BAG CHARGE | 0.05 |
| Threshold Tax 8.875% | 0.00 |
| Sales Tax 8.875% | 0.00 |
| Total Sales Tax | 0.00 |
| Total | $21.05 |
| MASTERCARD Debit | $21.05 |

Card No.            *************7728 CHIP
Expiry Date         XX/XX
Merchant Number     001734008029764589601
Auth. No.           938199

Application Label: DEBIT
TC: D614757B9B5994F1
TVR: 8000048000
AID: A0000000042203
IAD: 01106010012200000000000000000000F

Please Retain for Your Records

Store: 0109     Till: 005     Tran: 082591
Date: 12/13/20  Time: 11:49   Oper: 1092203

Item(s) Sold: 2
Item(s) Returned: 0

Return & Exchange Policy
----------------------------------

We are happy to give a refund or an exchange on any items purchased with original receipt until 01/31/2021, provided items are returned unwashed, unused and returned in the country of purchase.
For hygiene reasons no returns accepted on briefs/boxers, brief sets, all piercing jewelry, opened or un-sealed health & beauty.

THANK YOU
Gift cards available in store

10900508259112132O